GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
GERALYN GULSETH (CSBN 160872)
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, CA 94105
    Telephone: (415) 977-8923
    Facsimile: (415) 744-0134
    e-mail: Geralyn.Gulseth@ssa.gov

Attorneys for Defendant Commissioner
of Social Security

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JESENIA VILLANUEVA, | NO. CV 09-696 FMO |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The Court having granted the Defendant's Motion to Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded under Sentence Four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative action consistent with Defendant's Motion for Remand and the Order of Remand.

DATE: 10/19/09                         /s/
                                          HON. FERNANDO OLGUIN
                                          United States Magistrate Judge

1